# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| William Ellin,<br>            Plaintiff,<br><br>– against–<br><br>Enhanced Recovery Company, LLC,<br>            Defendant(s). | Civil Action No. 1:17-cv-00643-LPS<br><br>**NOTICE OF DISMISSAL AS TO ENHANCED RECOVERY COMPANY, LLC ONLY** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, through counsel, Garibian Law Offices, P.C., hereby dismisses Defendant Enhanced Recovery Company, LLC *only* from this action with prejudice.  This dismissal has no effect on any other Defendant.

Dated:  April 21, 2020

**Garibian Law Offices, P.C.**

By: /s/ *Antranig Garibian*
Antranig Garibian, Esquire (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885
ag@garibianlaw.com
*Counsel for Plaintiff*